## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| KEVIN LAWHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:19-cv-00706 |
| | ) | Judge Trauger |
| TRUSTPOINT HOSPITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On January 16, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 6) is GRANTED with respect to the plaintiff's First Amendment claim and any Title VII claims, and all such claims are hereby DISMISSED with prejudice.  The motion is DENIED with respect to the state law claims asserted in the Complaint, which remain pending.  The Clerk shall REMAND this case to the Circuit Court of Rutherford County, Tennessee, from which it was removed.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge